MAURICE BRENNAN, Respondent, v. J. H. & J. CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

J. SALTER HANSEN, Appellant, v. THOMAS J. WATSON, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CITIZENS SAVINGS BANK, Respondent, v. OSCAR BELLICK, Appellant, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DORWOOD REALTY CORPORATION, Respondent, v. JAMES J. SEXTON and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1933, 1934, 1935, 1936, 1937, 1938 and First Half of 1939.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARMELO MIRENDA, Appellant, v. TWILIGHT FARMS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANTOINETTE RANDAZZO for VINCENT GIAMMARINARO, Petitioner, Respondent, v. ANGELINA GIAMMARINARO, Respondent, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DIANA KRONBERG, Appellant, v. EDWARD S. ROTHCHILD and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HELEN SCHIFFER, Appellant, v. CYPA PRZESLOWSKY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOLOMON BERNARD, Appellant, v. LOCAL MILK PRODUCTS, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon, and Untermyer JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER HECHT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HENRY V. D. BLACK and KATHARINE B. JONES, Executors, for the Judicial Construction of the Last Will and Testament of JOHN V. BLACK, Deceased. HENRY V. D. BLACK and KATHARINE B. JONES, Petitioners, Respondents; BANKERS TRUST COMPANY, Trustee, Respondent; DOROTHY BLACK, Appellant.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.